**From:** Qyral Corporate <care@qyral.com>
**Date:** March 22, 2024 at 3:04:34 PM MDT
**To:** Alec Harmon <alecharmon@hotmail.com>
**Subject: Removal of Hanieh Sigari from operations and breach of fiduciary duty investigation**
**Reply-To:** darius@qyral.com

Dear Qyral Consultants,

I regret to inform you that Hanieh Sigari has been removed from her operating role at Qyral, effective immediately, and is being investigated for a variety of alleged fiduciary breaches. Fiduciary breaches, by definition, are very serious and span a wide range of issues including, but not limited to, moving large sums of money for non-company related activities, exposing company operations to unnecessary legal and regulatory risk, accounting misrepresentations, fraud, etc. Most importantly, any potential breaches may not only impact the company, but its employees, customers, and in our case, consultants.

Additionally, the following employees/contractors are being terminated immediately: Hanzel Corella, Elisa Kurzban, Brittany Buckley and Maureen LeBau.

Going forward, on an interim basis, I will be overseeing all aspects of Qyral as we will make all of the necessary changes to the business in order to eliminate the risk it was put in, and ensure it's healthy enough to sustain growth.

Please know that I only have one priority as I operate through these changes: Your ability to earn an income and support your families. Nothing is more important to me than for all of you continuing to grow your businesses within each of your communities.

I know you are all deeply committed to upholding the highest level of integrity and embodying our core values in every aspect of our business. By steadfastly adhering to these principles, we aim to foster a culture of trust and respect, driving our company towards sustainable success and making a positive impact in the communities we serve.

More details will follow, thank you so much for all of your support.

Sincerely,
**Darius Banasik**