1  Andrew G. Watters (#237990)
2  Susanna L. Chenette (#257914)
   555 Twin Dolphin Dr., Ste. 135
3  Redwood City, CA 94065
   +1 (415) 261-8527
4  andrew@andrewwatters.com

5  Attorneys for Plaintiffs Hanieh Sigari and Qyral, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | HANIEH SIGARI, an individual;        )  Case No:  5:24-cv-01816-EJD
   | QYRAL, LLC, a California Limited    )
12 | Liability Company,                   )
   |                                      )  [~~PROPOSED~~] TEMPORARY
13 |                                      )  RESTRAINING ORDER AND ORDER
   |         Plaintiffs,                  )  ~~TO SHOW CAUSE RE PRELIMINARY~~
14 |                                      )  ~~INJUNCTION~~
   |                                      )
15 |    v.                                )  **SETTING STATUS CONFERENCE REGARDING**
   |                                      )  **PRELIMINARY INJUNCTION HEARING**
16 | DARIUSZ BANASIK, an individual;     )
   | Does 1-10,                          )
17 |                                      )
   |                                      )
18 |         Defendants.                  )
   |                                      )
19 | _____ )

20

21

22

23

24

25

26

27

28

                                    - 1 -                    TEMPORARY RESTRAINING ORDER

## INTRODUCTION

Plaintiffs Ms. Hanieh Sigari and Qyral, LLC have filed an ex parte application against Defendant Mr. Dariusz Banasik for restoration of the status quo in connection with Qyral, LLC. The Court finds as follows for the purposes of issuing this Temporary Restraining Order and Order ~~to Show Cause:~~ **Setting Status Conference Regarding Preliminary Injunction Hearing:**

Qyral, LLC is a wellness company with over 100,000 customers and 1,300 wellness consultants who travel the country promoting Qyral products to their networks, and elsewhere. Plaintiff Ms. Sigari is the CEO, sole manager, and sole member of the LLC. Through Defendant's actions on 3/22/2024, he has irreparably harmed or there is a risk he will irreparably harm the company and its many employees and consultants, as well as Plaintiffs.

A Temporary Restraining Order and Order **Setting Status Conference Re: Prelim. Injunction Hearing** ~~to Show Cause re Preliminary Injunction~~ shall issue forthwith to restrain the continued violations of law and restore Plaintiff to her rightful position with the status quo until the hearing on a preliminary injunction.

## TEMPORARY RESTRAINING ORDER

Wherefore, the Court orders as follows:

1. Defendant DARIUSZ BANASIK and all persons acting on his behalf or in concert with him, or who provide him a service, who have actual notice of this order, *shall do the following immediately:*

    (a) Restore Plaintiff Hanieh Sigari's T-Mobile phone account and phone number/SIM.

    (b) Restore Plaintiff Hanieh Sigari's access to her Google Administrator console.

    (c) Restore access for Plaintiff Hanieh Sigari to her company email at qyral.com, and restore control to her of the company email accounts.

    (d) Restore access for Plaintiff Hanieh Sigari to her company GoDaddy account.

    (e) Change back the Stripe payment account to the company Chase account.

    (f) Provide an accounting of and restore any funds transferred from the company account through the Stripe change-over or other means.

1. Defendant DARIUSZ BANASIK and all persons acting on his behalf or in concert with him who have actual notice of this order, *shall not do the following pending the hearing:*

1     (a) Transfer any further funds from the company operating account.

2     (b) Disrupt Plaintiff's communications with company employees or contractors.

3                   ORDER ~~TO SHOW CAUSE RE PRELIMINARY INJUNCTION~~

4 ~~Defendant DARIUSZ BANASIK is hereby ordered to show cause on _____, 2024 at~~

5 ~~_____ a.m./p.m. before District Judge _____, located at~~

6 ~~_____, why a preliminary injunction on these same terms~~

7 ~~should not issue at that time.~~  **The Court hereby sets a status conference regarding the scheduling of a hearing on Plaintiffs' motion for a preliminary injunction for April 4, 2024, at 11:00 a.m., located in the District Court for the Northern District of California, San Jose Courthouse, Courtroom 4, 5th Floor before Judge Edward J. Davila.**

Date: March 26, 2024          By: _____

                                                          EDWARD J. DAVILA
                                                          United States District Judge