1  Andrew G. Watters (#237990)
2  Susanna L. Chenette (#257914)
   555 Twin Dolphin Dr., Ste. 135
3  Redwood City, CA 94065
   +1 (415) 261-8527
4  andrew@andrewwatters.com

5  Attorneys for Plaintiffs Hanieh Sigari and Qyral, LLC

6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | HANIEH SIGARI, an individual;      )  Case No: 5:24-CV-01816-EJD
   | QYRAL, LLC, a California Limited   )
12 | Liability Company,                  )  [~~PROPOSED~~] ORDER TO SHOW
   |                                     )  CAUSE RE CONTEMPT
13 |           Plaintiffs,               )
14 |                                     )
   |      v.                             )
15 |                                     )
16 | DARIUSZ BANASIK, an individual;    )
   | Does 1-10,                          )
17 |                                     )
   |           Defendants.               )
18 |                                     )
19 |_____)

20
21
22
23
24
25
26
27
28

                                              ORDER TO SHOW CAUSE RE CONTEMPT
                             - 1 -

## INTRODUCTION

This action was filed pursuant to the Computer Fraud and Abuse Act (18 U.S.C. sec. 1030(g)) on March 24, 2024.

This Court filed a Temporary Restraining Order on March 26, 2024 requiring Defendant Dariusz Banasik to *immediately restore* Plaintiff control of the various accounts with service providers such as Google, Shopify, and others; and requiring Defendant to account for and return the funds taken by him, and not take any further money; among other provisions.

Defendant was served on March 27, 2024 pursuant to Rule 4(e)(2)(B), and Plaintiffs' counsel followed up with an email, a Slack message, and a text message from his client. The Court finds that Defendant has had actual notice of the Temporary Restraining Order according to law.

## ORDER

Defendant DARIUSZ BANASIK is ordered to show cause on: __April 4__, 2024 at __11:00__ a.m. /~~p.m.~~ at the U.S. District Court, located at 280 S. First St., San Jose, CA 95113, in Courtroom 4 on the 5th Floor, before District Judge Edward J. Davila, why he should not be found in contempt of this Court and punished according to law.

Other orders:

_____

_____

_____

_____

Date:   March 29, 2024

_____
The Honorable Edward J. Davila
United States District Judge