---------- Forwarded message ----------
From: **Qyral Corporate** <CARE@qyral.com>
Date: Fri, Mar 22, 2024 at 10:38 PM
Subject: Friday 3/22/24 update from Qyral
To: Kinzie Jones <kinzieleigh@gmail.com>


Dear Qyral Team,

We've received a flood of questions surrounding the restructuring email that was sent.  I want to assure you **it is NOT a hack.**

However, the **Qyral Consultants Facebook Group may be compromised**, and no longer serves as a source of accurate information you should follow.  Should this change, we will inform you, and/or invite you to a new Facebook Consultants Group.  In the meantime, please keep an eye out for emails from us.


I also want to quell any concerns you have around the path forward.  **A company is NOT a person.**  It's the community, it's all of you, your networks, and the people that buy products from us, benefit from them, and live better lives as a result.  We are all shareholders in it, and we should celebrate that.

With that said, we are exploring various options going forward, and some ideas that came up:

- The face of the company could be built around a group of our consultants.  Corporate will help facilitate this and put a select group of you "front and center"... **#WeAreQyral**
- Eliminating low PV and/or confusing products.  We want all of you to make lots of $, so why sell things that confuse your customers and make you less $?
- Updates to our pricing policy.  I've heard many of you say "our price is too high".  We can look at ways of making our products more accessible to more people.  The test we did with Tirzepatide pricing and PV yielded great results, we sold much more of it, consultants benefited, could this also be the case for semaglutide?

If you are a leader at Qyral and interested in shaping this next chapter, please email me directly at darius@qyral.com so we could include you in our planning sessions going forward, otherwise we will be moving on withour your input.  This is a great time to have your voices heard and shape the future.


Sincerely,

Darius Banasik