Andrew G. Watters (#237990)
Susanna L. Chenette (#257914)
555 Twin Dolphin Dr., Ste. 135
Redwood City, CA 94065
+1 (415) 261-8527
andrew@andrewwatters.com

Attorneys for Plaintiffs Hanieh Sigari and Qyral, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIEH SIGARI, an individual; QYRAL, LLC, a California Limited Liability Company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DARIUSZ BANASIK, an individual; Does 1-10,<br><br>    Defendants;<br><br>SHOPIFY (USA) INC., a Delaware Corporation; GOOGLE LLC, a Delaware Limited Liability Company; GODADDY.COM, LLC, a Delaware Limited Liability Company; METRICS GLOBAL, INC., a Nevada Corporation; RECHARGE INC., a Delaware Corporation,<br><br>Nominal Defendants. | Case No: 5:24-CV-01816-EJD<br><br>[~~PROPOSED~~] ORDER APPOINTING LIMITED PURPOSE RECEIVER KEVIN SINGER |

ORDER APPOINTING RECEIVER

- 1 -

ORDER

On April 10, 2024, Defendant filed an Emergency Ex Parte Application for Receivership of Qyral, LLC. The Court considered the application as well as Plaintiffs' partial opposition and indicated that Mr. Kevin Singer would be appointed a Limited Purpose Receiver. The parties were ordered to meet and confer and file a proposed order by 3 p.m. on April 12, 2024. Plaintiffs' counsel indicates he reached out several times to Defendant's counsel and did not receive a response. Accordingly, the Court appoints Mr. Singer Limited Purpose Receiver under the following terms proposed by Plaintiff:

The Receiver is empowered to do all of the following at this time:

1. Receive, manage, and hold funds for the benefit of Qyral, LLC by third parties such as Metrics Global, Inc. and Recharge, Inc., and any other later-discovered third parties who hold funds of Qyral, LLC;

2. Maintain, coordinate, and pay invoices to company vendors;

3. Manage and disburse company remittances;

4. Negotiate and compromise terms with vendors on the company's behalf;

5. Manage the company's online accounts, domain name, and email system;

6. Such other relief as the Parties stipulate to, or further ordered by the court.

7. Adjust, fix, or set compensation for any company personnel, including Plaintiff Ms. Sigari.

Other orders:

_____
_____
_____
_____
_____

Date:   April 12, 2024        By: _____
                                  Hon. Edward J. Davila
                                  U.S. District Judge